**Appeal Dismissed and Memorandum Opinion filed March 5, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00699-CV

## QASIM ALHASAN, Appellant

## V.

## MOHAMMAD  G. ABDULLAH, Appellee

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-66846**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed July 11, 2019. The clerk's record was filed November 19, 2019. No reporter's record was filed.

On January 14, 2020, this court issued an order stating that unless appellant filed a brief on or before February 13, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.